KATHRYN G. TREACY, Appellant, v. F. W. WOOLWORTH Co., Respondent.— Order settling the proposed case on appeal modified by striking items 21 and 49 from the second ordering paragraph, and by providing that as to item 21 the case may be settled with the inclusion of the full verbatim testimony of the witness Spiro; and as to item 49 that the appellant may submit five typewritten copies of the exhibits referred to therein, if she be so advised, otherwise these exhibits must be printed in full. As thus modified, the order in so far as appealed from is affirmed, with ten dollars costs and disbursements to respondent. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (January 8, 1940.)

ABOU S. BAILLIS and Others, Doing Business as BAILLIS BROS., a Copartnership, Respondents, v. GEORGE FUCHS, as President of Local Union No. 23 of the International Union of United Brewery, Flour, Cereal and Soft Drink Workers of America, and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CATHERINE DOTY and Another, Respondents, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Individually and as Trustee under the Last Will and Testament of OTTO SCHMOLDT, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, on the merits and pursuant to rule XXVI, Rules of the Appellate Division, Second Department. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ELSA EPPLER, Respondent, v. ALBION N. VAN VLECK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MORRIS FELD, an Infant over the Age of 14 Years, by His Guardian ad Litem, JOSEPH FELD, and JOSEPH FELD, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

WILLIAM GUARISCO, Appellant, v. MASSACHUSETTS BONDING & INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HEARN 45 ST. CORP., Appellant, v. MOE JANO and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY HUISENGA, Respondent, v. DAIRYMEN'S LEAGUE Co-OPERATIVE ASSOCIATION, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of MARY F. DALEY, Respondent, against THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Appellants' time to answer extended until ten days after the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.